

## EPSTEIN BECKER GREEN

Attorneys at Law

David W. Garland
t 973.639.8266
f 212.878.8600
dgarland@ebglaw.com

July 13, 2016

**VIA ECF**

The Honorable Jose L. Linares, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

>       **Re:  *Gretchen Carlson v. Roger Ailes*
>             Case No. 2:16-cv-04138-JLL-JAD**

Dear Judge Linares:

        We represent defendant Roger Ailes in the above-captioned matter.  We write to advise Your Honor that Mr. Ailes has no objection to the *pro hac vice* admission of Messrs. Hyman and Daly.

        Thank you for Your Honor's courtesies in this matter.

>                 Respectfully submitted,
>
>                  */s/ David W. Garland*
>                 David W. Garland

DWG:rr

cc: Honorable Joseph A. Dickson, U.S.M.J. (via ECF)
       Nancy Erika Smith, Esq. (via ECF)
       Neil Mullin, Esq. (via ECF)