**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GRETCHEN CARLSON,<br><br>       Plaintiff,<br><br>v.<br><br>ROGER AILES,<br><br>       Defendant. | **DOCUMENT FILED ELECTRONICALLY**<br><br>Civil Action No.: 2:16-cv-04138-JLL-JAD<br><br>~~[PROPOSED]~~ **STIPULATED ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Plaintiff Gretchen Carlson and Defendant Roger Ailes, by and through their undersigned counsel (together, the "Parties"), hereby request that the briefing schedule on Ms. Carlson's Motion for Partial Summary Judgment (Dkt. 12) be extended by one week from the deadlines set in the Court's August 10, 2016 Order (Dkt. 30). The Court has not yet set a date for oral argument on the motion, and this change will not affect any other deadlines in this case. Accordingly, the Parties respectfully request the following briefing deadlines:

- Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment shall be due on September 1, 2016
- Plaintiff's Reply shall be due on September 8, 2016; and
- Defendant's Sur-Reply shall be due on September 16, 2016.

Dated: August 19, 2016

| | |
|---|---|
| SMITH MULLIN, P.C. | EPSTEIN BECKER & GREEN, P.C. |
| /s/ Nancy Erika Smith<br>Nancy Erika Smith, Esq.<br>Neil Mullin, Esq.<br>240 Claremont Avenue<br>Montclair, New Jersey 07042<br>Tel: (973) 783-7607 | /s/ David W. Garland<br>David W. Garland<br>Barry Asen<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel: (973) 642-1900 |

GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP
Martin S. Hyman, Esq. (*pro hac vice*)
Matthew C. Daly, Esq. (*pro hac vice*)
711 Third Avenue
New York, New York 10017
Tel: (212) 907-7300

*Attorneys for Plaintiff Gretchen Carlson*

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
John B. Quinn
Susan R. Estrich
James R. Asperger
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
*Pro hac vice* motion pending

*Attorneys for Defendant Roger Ailes*

SO ORDERED:

_____
HON. JOSE L. LINARES
U.S. District Court Judge

Dated: August 22, 2016