UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GRETCHEN CARLSON,<br><br>    Plaintiff,<br><br>v.<br><br>ROGER AILES,<br><br>    Defendant. | Civil Action No.: 2:16-cv-04138-JLL-JAD |

## NOTICE OF VOLUNTARY DIMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Gretchen Carlson hereby voluntarily dismisses the above-captioned action in its entirety with prejudice.

Dated: August 30, 2016

                                                    SMITH MULLIN, P.C.

                                                  Nancy Erika Smith, Esq.
                                                  Neil Mullin, Esq.
                                                  240 Claremont Avenue
                                                  Montclair, New Jersey 07042
                                                  Tel: (973) 783-7607
                                                  nsmith@smithmullin.com
                                                  nmullin@smithmullin.com

                                                  *Attorneys for Plaintiff Gretchen Carlson*

SO ORDERED: _____

DATED: _____9/6/16_____